UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. POTTER,

                Plaintiff,

      -against-

PEOPLE OF THE STATE OF NEW YORK,
ET AL.,

             Defendants.

21-CV-5109 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 29, 2021
          New York, New York

                       /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge